897. NEW ENGLAND JEWELRY CO. *v.* OXFORD BOOK & BIBLE CO.

POWELL, J. This case falls within the spirit of the decision in *O'Donovan* v. *Ocean Steamship Co.*, 1 *Ga. App.* 190 (57 S. E. 982).

                             *Judgment affirmed.*

Certiorari, from Ben Hill superior court—Judge Whipple. November 22, 1907.

Submitted February 5,—Decided February 14, 1908.

*W. H. Horne, McDonald & Quincey,* for plaintiff in error.

*O. H. Elkins,* contra.